# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTMINSTER AMERICAN INSURANCE COMPANY<br>*Plaintiff*<br><br>v.<br><br>SPRUCE 1530, LLC, *et al.*<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 17-5226 |

# ORDER

**AND NOW**, this 9th day of April 2019, upon consideration of:

1. the *motion for summary judgment* filed by Plaintiff Westminster American Insurance Company ("Plaintiff"), [ECF 10], the response in opposition thereto filed by Defendants Spruce 1530, LLC, Al Shapiro, and Ernest V. Miller, Sr. ("Defendants"), [ECF 14], and

2. the *motion for summary judgment* filed by Defendants, [ECF 11], and the response in opposition thereto filed by Plaintiff, [ECF 13],

it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' *motion for summary judgment*, [ECF 11], is **GRANTED**, and Plaintiff's *motion for summary judgment*, [ECF 10], is **DENIED**. It is further **ORDERED** that **JUDGMENT** is entered in favor of Defendants Spruce 1530, LLC, Al Shapiro, and Ernest V. Miller, Sr.

Consequently, it is declared that: (a) Plaintiff has a duty to defend Defendants against the claims alleged by Touraine, L.P. in the civil action captioned *Touraine, L.P. v. Spruce 1530 LLC et al.*, No. 170603522 (C.P. Phila.) (the "Underlying Action"); and (b) Plaintiff is obligated to reimburse Defendants for all costs, fees and expenses incurred to date and in the future relating to their defense in the Underlying Action.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*